IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 11
:
SAMUEL J. GEORGE, JR., and :
IRENE M. GEORGE :
:
:
Debtors : Bankruptcy No.: 05-14186 (BIF)

## JUDGMENT ORDER DISMISSING CASE

AND NOW, to wit this _____ day of _____, 2005, upon consideration of the United States Trustee's Motion to Dismiss and the Debtor's response, if any, it is now, therefore,

ORDERED, ADJUDGED and DECREED that upon judgment in accordance with FRBP 9021 is entered in favor of the United States Trustee against the Debtor in the principal sum of $ _750.00_, being the minimum amount of the accrued but unpaid fees due to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER ORDERED that the United States Trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

The Order may be enforced by any Court of competent jurisdiction.

*The debtors are barred from filing future bankruptcy cases for 180 days/*

_____
BRUCE I. FOX
United States Bankruptcy Judge